In the Matter of the Claim of GERTRUDE L. BACON Respondent, against HUDSON VALLEY FUEL CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted March 4, 1937; decided April 20, 1937.

*W. D. Coleman* for appellants.

*Thomas P. McLaughlin* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: HUBBS, FINCH and RIPPEY, JJ. LOUGHRAN, J., concurs on the ground that the carrier did not contest that the accident " arose out of the employment." Dissenting: CRANE, Ch. J., LEHMAN and O'BRIEN, JJ.